**HARRIS COUNTY SHERIFF'S OFFICE JAIL**
Name: Forryst Hensey
SPN: 03034200   Cell: SF1
Street: 701 San Jacinto
HOUSTON, TEXAS 77002

**aramark**

**INDIGENT**

Legal Mail

Clerk
US District Court   Houston Division
P.O. Box 61010
Houston, TX 77208

United States Courts
Southern District of Texas
FILED
APR 22 2020
David J. Bradley, Clerk of Court

U.S. POSTAGE ›› PITNEY BOWES
ZIP 77002
02 4W    $ 000.65
0000368784 APR 20. 2020